**Order entered April 29, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01411-CR
No. 05-12-01414-CR

**MURRELL NORMAN MUCK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 366-81548-2011, 366-81549-2011**

## ORDER

The Court **REINSTATES** the appeal.

On March 26, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent; (3) Tim Avery, who had been appointed to represent appellant, has had personal and business issues that prevent him from continuing the appeal; (4) Mr. Avery has been allowed to withdraw and the court has appointed William Schultz to represent appellant; and (5) Mr. Schultz indicated he would need ninety days to complete appellant's brief.

We **DIRECT** the Clerk to substitute William Schultz as appellant's appointed attorney of record in place of Tim Avery.

We **ORDER** appellant to file his brief by **JULY 1, 2013**.  Because appellant's brief is already two months overdue, no further extensions will be granted.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, William Schultz and the Collin County District Attorney's Office.


/s/  LANA MYERS
     JUSTICE